IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DAVID NEALY, JR,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 5:25-cv-413-MTT-CHW |
| : | |
| **ERIC COX,** : | |
| : | |
| Respondent. : | |
| _____ | |

## **ORDER**

Presently pending before the Court is a petition seeking federal habeas corpus relief filed pursuant to 28 U.S.C. § 2254 by *pro se* Petitioner David Nealy, Jr., an inmate in the Dodge State Prison in Chester, Georgia (ECF No. 1). Petitioner challenges his 2002 conviction and sentence from the Superior Court of Houston County, Georgia. ECF No. 1 at 1. Petitioner also seeks leave to proceed *in forma pauperis* (ECF No. 2). Petitioner has not, however, provided the Court with "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the [prison]." R. 3(a)(2), Rules Governing § 2254 Cases. Without this, the Court cannot determine if Petitioner qualifies to proceed without payment of the $5.00 filing fee.

Petitioner is therefore **ORDERED** either to pay the Court's $5.00 filing fee in full or to provide the Court with this information within **FOURTEEN (14) DAY**S of the date of this Order. The Clerk is **DIRECTED** to send Petitioner the appropriate form, marked

with the case number for the above-captioned case, that he should use for this purpose. Petitioner is also advised to notify the Court in writing of any change of address. **Failure to comply with this Order may result in the dismissal of Petitioner's application.** There will be no service of process in this case until further order of the Court.

    **SO ORDERED**, this 27th day of October, 2025.

                                          s/ Charles H. Weigle
                                          Charles H. Weigle
                                          United States Magistrate Judge