IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DAVID NEALY, Jr., | * | |
| Petitioner, | * | |
| v. | * | Case No. 5:25-cv-413 (MTT) |
| ERIC COX, | * | |
| Respondent. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated 8/16/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 17th day of August, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk